IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.   Case No. 3:06cr27/RV
　　　　　　　3:09cv104/RV/EMT

EUGENE JEROME SMITH
_____/

# O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated September 23, 2011 (doc. 267). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a de novo determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. The motion to vacate, set aside, or correct sentence (doc. 213) is **DENIED** and **DISMISSED**.

3. A certificate of appealability is **DENIED.**

**DONE AND ORDERED** this 14th day of October, 2011.

　　　　　　　　　　　　　　　　/s/ *Roger Vinson*
　　　　　　　　　　　　　　　　**ROGER VINSON**
　　　　　　　　　　　　　　　　**SENIOR UNITED STATES DISTRICT JUDGE**